# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1957.  KARLENE A. SEARS v. DONOVAN DUNCAN.**

After the juvenile court granted Donovan Duncan's petition to domesticate his foreign divorce decree, his ex-wife, Karlene A. Sears, filed a motion raising various objections and seeking a new trial. The juvenile court denied Sears's motion, and she filed this direct appeal. We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (2), appeals from orders in domestic relations cases must be brought by application for discretionary appeal. See *Schmidt v. Schmidt*, 270 Ga. 461, 462 (1) (510 SE2d 810) (1999). Because the instant case is based on rights and obligations that were created in the parties' divorce decree, and the parties are the ex-spouses, it involves domestic relations and compliance with OCGA § 5-6-35 is required. This Court has held that a suit on a domesticated foreign divorce decree is a domestic relations case within the meaning of OCGA § 5-6-35 (a) (2). *Elmore v. Elmore*, 177 Ga. App. 682, 682 (1) (340 SE2d 651) (1986). Accordingly, Sears was required to follow the discretionary appeal procedures to obtain review of the juvenile court's order. Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/16/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*